**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 26-6435**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BRANDON LASHON INGRAM, a/k/a Brandon Lashun Ingram, a/k/a Little B, a/k/a B,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:12-cr-00020-D-1)

───────────

Submitted:  June 25, 2026                    Decided:  July 9, 2026

───────────

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Brandon Lashon Ingram, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Lashon Ingram appeals the district court's order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We conclude that the district court did not abuse its discretion in determining that, even if Ingram had established extraordinary and compelling reasons for release, the 18 U.S.C. § 3553(a) factors counseled against granting relief.  Accordingly, we affirm the district court's order.  *United States v. Ingram*, No. 5:12-cr-00020-D-1 (E.D.N.C. Aug. 20, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*